UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS

STATE OF TEXAS FOR THE USE OF MICHAEL ELLIOT POWELL
PLAINTIFF

V.                                                        CASE NO. 9:24cv160 Truncale/Hawthorn

MICHAEL SKILLERN OATH OF OFFICE FOR THE USE OF OFFICER PANTOJA ID #208
DEFENDANT; and

TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND LIABILITY COVERAGE DOCUMENT
DEFENDANT BOND

---

**Transaction Date:** 06/14/2024

**Transaction Location:** 400 Kenley Street, Diboll, Texas 75941

**Complainant or Victim:** STATE OF TEXAS FOR THE USE OF MICHAEL ELLIOT POWELL

**Complaint Witness:** INFO AND BELIEF

---

## INFORMATION

**UNITED STATES OF AMERICA, STATE OF TEXAS**

**IN THE NAME OF THE PEOPLE OF THE STATE OF TEXAS FOR THE USE OF MICHAEL ELLIOT POWELL**: The undersigned agent of record for the plaintiff appears before the court and informs the court that on the date and at the location described above, the defendant:

(1) did, being accountable for materials, articles, public charges, and/or documentary evidence of Texas Government obligations furnished by the plaintiff, refuse or neglect to pay the $5,010,000.00 with interest, costs, and assessments due to the plaintiff, contrary to the Official Oath of Office and Bond;

(2) did, assign, dispose, remove, conceal, ill-treat, waste, or destroy the materials, articles, public charges, and/or documentary evidence of Texas Government obligations furnished by the plaintiff, in bad faith to

the injury or damage of the plaintiff, without the consent, privity, or knowledge of the plaintiff, contrary to the Official Oath of Office and Bond;

(3) did, being accountable for the Official Oath of Office, refuse or neglect to support the Texas Constitution, United States Constitution, and faithful performance of duties of Police Officer for the City of Diboll, contrary to the Official Oath of Office and Bond; AND

(4) did, embezzle, lose, or destroy the Official Oath of Office and Bond furnished in benefit of the plaintiff, in bad faith to the injury or damage of the plaintiff, contrary to the Official Oath of Office and Bond.

and against the peace, dignity, and financial obligations of the State of Texas.

08 / 15 / 2024
Date

STATE OF TEXAS FOR THE USE OF MICHAEL ELLIOT POWELL

by _Michael Elliot Powell_ as Agent