IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STATE OF TEXAS FOR THE USE OF MICHAEL ELLIOT POWELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KILLERN, OATH OF OFFICE FOR THE USE OF OFFICER PANTOJA ID#209; AND TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND LIABILITY COVERAGE DOCUMENT DEFENDANT BOND,<br><br>Defendants. | § § § § § § § § § § § § § § § § § §    NO. 9:24-CV-00160-MJT<br><br>JUDGE MICHAEL TRUNCALE |

<u>ORDER DISMISSING CASE</u>

On August 19, 2024, the court referred this case to the Honorable Judge Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On June 12, 2025, Judge Hawthorn ordered Plaintiff State of Texas for the Use of Michael Elliot Powell to replead his case within fourteen days. [Dkt. 43]. Powell has failed to do so.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Boudwin v. Grayston Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985). "This authority flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962)). The exercise of this power is committed to the sound discretion of the court. *Green v. Forney Eng'g Co.*, 589 F.2d 243, 248 (5th Cir. 1979).

Because Powell failed to replead his complaint, he failed to comply with Judge Hawthorn's order. Accordingly, Powell's case should be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

It is, therefore, ORDERED that Plaintiff State of Texas for the Use of Michael Elliot Powell's *Complaint* [Dkt. 1] is DISMISSED.

**SIGNED this 7th day of July, 2025.**

_____
Michael J. Truncale
United States District Judge