IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS FOR THE USE OF MICHAEL ELLIOT POWELL,<br>     Plaintiff,<br><br>v.<br><br>MICHAEL KILLERN, OATH OF OFFICE FOR THE USE OF OFFICER PANTOJA ID #209; AND TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND LIABILITY COVERAGE DOCUMENT DEFENDANT BOND,<br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 9:24-CV-00160-MJT<br>JUDGE MICHAEL TRUNCALE |

## FINAL JUDGMENT

The court has issued an order dismissing this case. Accordingly, it is ORDERED that Plaintiff State of Texas for the Use of Michael Elliot Powell take nothing, and the case is DISMISSED. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 14th day of July, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge